**Opinion issued August 20, 2019**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-19-00545-CV

———————————

## IN RE CANDICE L. GRIFFIN, Relator

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relator, Candice L. Griffin, has filed a motion for dismissal of her petition for a writ of mandamus and stay order as moot, stating that the respondent district judge has since issued an order on August 2, 2019, which renders moot all grounds raised in her petition.[1] *See* TEX. R. APP. P. 42.1(a)(1). This Court requested and received a response to the petition. No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

---

[1]    The underlying case is *In the Matter of the Marriage of Travis R. Griffin and Candice L. Griffin and in the Interest of [K.M.G.], a Child*, Cause No. 97725-F,

Accordingly, we grant relator's motion and dismiss the petition as moot. *See*

TEX. R. APP. P. 42.1(a)(1), 43.2(f). We lift this Court's stay order issued on July 29,

2019. *See* TEX. R. APP. P. 52.10(b).

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Keyes and Higley.

---

pending in the 300th District Court of Brazoria County, Texas, the Honorable K. Randall Hufstetler presiding.

2